UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFIELD THOMPSON,<br>Plaintiff,<br>v.<br>NATIONSTAR MORTGAGE LLC,<br>Defendant. | Case No. 17-cv-02864-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant Nationstar Mortgage LLC filed a motion to dismiss on May 24, 2017. Currently, the motion is set for a court hearing on June 29, 2017. Plaintiff Bradfield Thompson is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by June 7, 2017. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

The court ORDERS Plaintiff to respond by June 22, 2017 and explain in writing his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by June 22, 2017, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

Additionally, pursuant to 28 U.S.C. § 636, the undersigned cannot decide Defendant's motion unless all parties consent to proceed before a Magistrate Judge. Plaintiff has not yet filed a consent or declination to Magistrate Judge jurisdiction. Plaintiff shall complete the attached form documenting either consent or request for reassignment and file it with the court by June 22, 2017. Plaintiff is free to withhold consent to proceed before a Magistrate Judge without adverse substantive consequences. Plaintiff shall also supply his telephone number when he files the

attached form.

**IT IS SO ORDERED.**

Dated: June 12, 2017

_____
DONNA M. RYU
United States Magistrate Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| BRADFIELD THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Defendant. | Case No. 4:17-cv-02864-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　OR

( ) **Decline** Magistrate Judge Jurisdiction

　　In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　　　　　　　　　　　　　　　　　　NAME:
　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR:
　　　　　　　　　　　　　　　　　　　　　(OR "PRO SE:)

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature

United States District Court
Northern District of California

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

BRADFIELD THOMPSON,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

    Defendant.

Case No. 4:17-cv-02864-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/12/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bradfield Thompson
56 Patrick Way
Half Moon Bay, CA 94019

Dated: 6/12/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU