UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADFIELD THOMPSON,

    Plaintiff,

    v.

NATIONSTAR MORTGAGE LLC,

    Defendant.

Case No. 17-cv-02864-DMR

**ORDER TO SHOW CAUSE**

Defendant Nationstar Mortgage LLC filed a motion to dismiss Plaintiff Bradfield Thompson's first amended complaint on October 12, 2017. [Docket No. 39.] Currently, the motion is set for a court hearing on December 14, 2017. Plaintiff is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by October 26, 2017. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

**The court ORDERS Plaintiff to respond by November 22, 2017 and explain his failure to respond to the motion.** In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by November 22, 2017, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 13, 2017



Donna M. Ryu
United States Magistrate Judge