UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFIELD THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No. 17-cv-02864-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On November 13, 2017, the court issued an Order to Show Cause, instructing Plaintiff Bradfield Thompson to submit a written statement by no later than November 22, 2017 explaining Plaintiff's failure to file an opposition to Defendant Nationstar Mortgage LLC's motion to dismiss the first amended complaint. [Docket No. 45.] The Order to Show Cause stated that failure to respond by November 22, 2017 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 29, 2017



Donna M. Ryu
United States Magistrate Judge